**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **IN RE:** | **Case No.: BK-18-12957-JDL** |
| **DWIGHT GEORGE SULC,** | **Chapter 13** |
| DEBTOR. | |

## OBJECTION TO CHAPTER 13 PLAN OF DEBTOR

Comes now the secured creditor, MTGLQ Investors, L.P.,("Creditor") by its attorneys, Baer & Timberlake, P.C., and hereby objects to the Chapter 13 Plan of Debtor. In support of this Objection, Creditor would show the Court as follows:

1. Creditor is the holder of a purchase money note and mortgage on the residence at 512 Cedar, Yukon, OK ("mortgaged property") of Debtor. Said note and mortgage has an estimated outstanding balance of $57,585.44 plus accruing interest along with reasonable attorney fees and for all costs of the action.

2. The filings of Debtor fail to mention any debt to Creditor.

3. The proposed Chapter 13 Plan fails to provide for any type of treatment for the debt to Creditor, including but not limited to ongoing mortgage payments or any type of adequate protection payment to Creditor.

WHEREFORE, PREMISES CONSIDERED, Creditor moves the Court to reject the proposed Chapter 13 Plan of Debtor and/or to grant adequate protection or such other and further relief to which Creditor may be entitled.

MTGLQ INVESTORS, L.P.,

By:    s/ Matthew J. Hudspeth
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the parties listed below on August 23, 2018.

Dwight George Sulc
3321 N. Virginia Ave
Oklahoma City, OK  73118

The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

Anita F. Sanders
Anita F Sanders, Inc.
830 N W 10th
Oklahoma City, OK 73106-7218

By: s/ Matthew J. Hudspeth
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com
Attorney for Creditor